UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

---

STEVEN CRUMP

          Plaintiff-Appellant,

v.

JOHNSON COUNTY BOARD OF
COMMISSIONERS, et al.

          Defendant/Appellees

No. 25-3110

## VITAL CORE APPELLEES' MOTION TO POSTPONE ORAL ARGUMENT

Pursuant to Pursuant to 10th Cir. R. 34.1(A)(3)(b), Appellees Vital Core Health Strategies, LLC, Danny Stanton, Viola Riggin, Jennifer Ehlrich, Tiffany McRoberts, Caryn Kunz, Kathleen Calloway, Rebecca Wall, Nicole Balcius, and Lora Neely ("Vital Core Appellees") respectfully request that this Court postpone oral argument currently scheduled for May 13, 2026. In the alternative, Vital Core Appellees provide that this matter is appropriate for submission on the briefs pursuant to Fed. R. App. P. Rule 34(f). In support of its motion, Vital Core Appellees allege and state as follows:

1. Oral argument is currently set to be heard before this Court on May 13, 2026, at 9:00 a.m.

2. Counsel for Vital Core Appellees will be out of the country on May 13, 2026, and, accordingly, will be unavailable.

3. Counsel for Appellees (FNU) King, Johnson County Board of County Commissioners, Calvin Hayden, (FNU) Salgado, (FNU) Bell, (FNU) Cooley, (FNU) Andrews, M. Levin, and M. Weaver ("Johnson County Appellees") is agreeable to postponing oral argument and available during the Court's next available setting in September of 2026.

{0294573.DOCX}1

4. Appellant's counsel is also agreeable to the postponement of oral argument and available during the Court's next available setting in September of 2026.

5. In the alternative, pursuant to Fed. R. App. P. Rule 34(a)(2)(B),(C) and 10th Cir. R. 34.1(f), this case is suitable for submission on the briefs as the facts and legal arguments are clearly and fully developed in the submitted briefs, rendering oral argument of minimal assistance.

6. Further, the dispositive issues have previously been settled by binding precedent. Indeed, this case does not involve novel legal questions, complex factual records, or significant public policy implications.

7. Counsel for Johnson County Appellees is agreeable to submission on the briefs.

8. Counsel for Appellant is not agreeable to submission on the briefs.

**WHEREFORE**, Vital Core Appellees respectfully requests that the Court enter an order postponing the oral argument set for May 13, 2026. In the alternative, Vital Core Appellees requests that this matter be submitted on the briefs.

Respectfully submitted,

By: s/ *John Hicks*
John Hicks, jh@nkfirm.com, #20474
Sarah Wood, swood@nkfirm.com #30111
11551 Ash Street
Becker Building, Suite 200
Leawood, KS 66211
(913) 663-2000/ (913) 663-2006 FAX
**ATTORNEYS FOR APPELLEES VITAL CORE
HEALTH STRATEGIES, LLC, DANNY
STANTON, VIOLA RIGGIN, JENNIFER
EHLRICH, TIFFANY MCROBERTS, CARYN
KUNZ, KATHLEEN CALLOWAY, REBECCA
WALL, NICOLE BALCIUS, AND LORA
NEELY**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of March, 2026, I caused the foregoing to be electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all parties by the operation of the Court's electronic filing system and served on all counsel of record via CM/ECF.

Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1 #33821
Washington, DC 20033
sam@rightsbehindbars.org
*Attorney for Appellant*

Kirk T. Ridgway, KS 17172
Connor M. Russo, KS 29826
Fisher, Patterson, Sayler & Smith, LLP
9393 W. 110th Street, Suite 300
Overland Park, KS 66210
kridgway@fpsslaw.com
crusso@fpsslaw.com
*Attorneys for Appellees*
*The Board of County Commissioners*
*Of Johnson County, Kansas, Calvin Hayden,*
*Deputy King, Deputy Salgado, Deputy Bell,*
*Sgt. Cooley, Deputy Andrews,*
*Captain M. Levin, and Lt. M. Weaver*

s/ *John Hicks*
Attorney for Vital Core Appellees