# Custody Status Questionnaire

Case Number and Caption: <u>Case No. 25-3110 Crump v. Johnson County Board of Commissioners</u>

I am the attorney of record for: <u>Steven Crump</u>

[name of party represented]

My client presently is:

☐ Released on Secured Bond Pending Appeal.

☐ Released on Recognizance (or Unsecured Bond) Pending Appeal.

☐ Incarcerated in a Federal Prison as a result of:

Choose one: [                                    ]

☐ Incarcerated in some other Federal Correctional Facility as a result of:

Choose one: [                                    ]

☐ Incarcerated in a State Penitentiary as a result of:

Choose one: [                                    ]

☐ Incarcerated in Local Jail as a result of:

Choose one: [                                    ]

☐ On Parole or Other Conditional Release as a result of:

Choose one: [                                    ]

Other / Explain

Not incarcerated.

Date <u>07/29/2026</u>    Signature *Samuel Weiss*

This form must be filed by counsel for the defendant in a direct criminal appeal (including interlocutory appeals, regardless of which party filed the appeal), counsel for the petitioner in a habeas corpus or immigration appeal, or counsel for any appellant or appellee who is in custody in any other appeal. This form must be filed even if the case has been submitted on the briefs. If the party is pro se, the form need not be submitted.

For questions, you can contact the Calendar Team at:
Phone: 303-335-2708
Email: 10th_Circuit_Calteam@ca10.uscourts.gov