**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| STEVEN CRUMP,<br><br>*Plaintiff-Appellant*,<br><br>vs.<br><br>JOHNSON COUNTY BOARD OF COMMISSIONERS, *et al.*<br><br>*Defendants-Appellees*. | Case No. 25-3110 |

**APPELLEES' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED JOINT APPELLEE BRIEF AND SUPPLEMENTAL APPENDIX**

COME NOW all Defendant-Appellees, Johnson County Board of Commissioners, Hayden, King, Salgado, Bell, Cooley, Andrews, Levin, Weaver, Vital Core Health Strategies, LLC, Stanton, Riggin, Ehrlich, McRoberts, Kunz, Calloway, Wall, Balcius and Neely, and, in accordance with Fed. R. App. P. 27(a) and Local Rule 27, move the Court for leave to file a corrected joint brief and a supplemental appendix. In support thereof, Appellees set forth the following.

**Appellee Brief Citations.** Plaintiff-Appellant initially proceeded *pro se* in this matter. (Doc. 1, prisoner case docketed; Doc. 9, *pro se* entry of appearance). Accordingly, a record on appeal was filed on July 22, 2025. (Doc. 16). Counsel for Appellant entered his appearance on July 25, 2025, and the record on appeal was

subsequently removed. (Doc. 19, *Entry of Appearance for Appellant*; Local Rule 10.3(b) (appendix utilized with retained counsel); Text Entry for Doc. 16 (ROA removed from docket).

Appellees' joint brief was filed on December 23, 2026, and inadvertently referred to documents the record on appeal rather than to Appellant's Appendix or a supplemental appendix. (Doc. 35).

**Corrected Brief and Supplemental Appendix.** Appellees now seek leave to file a corrected brief, a copy of which is attachment hereto. (Attachment A). The only corrections are references to the record, which now cite to Appellant's Appendix (Doc. 28) and to a proposed, supplemental appendix. There are no other changes or revisions in the substantive portions of the proposed corrected brief.[1]

Appellees also seek leave to file a supplemental appendix, a copy of which is attached hereto (Attachment B). The supplemental appendix is necessary to provide a supporting basis for the references that were set forth in Appellee's original brief, and now in their proposed, supplemental brief.

Pursuant to Local Rule 27.1, Counsel for Appellant does not oppose the filing of a corrected brief or supplemental appendix.

[1] The certificates of digital submission (virus scan software), compliance (word count), service (date of service) and the Notice of Attachment (adding supplemental appendix) have been updated accordingly.

**Conclusion**

Wherefore, all Appellees respectfully move for leave to file the attached corrected brief and supplemental appendix.

Respectfully submitted,

*s/ Kirk T. Ridgway*

Kirk T. Ridgway KS No. 17172
Connor M. Russo KS No. 29826
Fisher, Patterson, Sayler & Smith, LLP
9393 W. 110th Street, Ste. 300
Overland Park, KS 66210
(p) 913-339-6757; (f) 993-660-7919
kridgway@fpsslaw.com
crusso@fpsslaw.com
ATTORNEYS FOR DEFENDANT-APPELLEES JOHNSON COUNTY BOARD OF COMMISSIONERS, HAYDEN, KING, SALGADO, BELL, COOLEY, ANDREWS, LEVIN AND WEAVER

*s/ Sarah Wood*

John Hicks KS No. 7172
Sarah Wood KS 29826
115511 Ash Street, Suite 200
Leawood, KS 66211
(p) (913) 663-2000; (f) (913) 663-2006
jh@nkfirm.com
swood@nkfirm.com
ATTORNEYS FOR DEFENDANT-APPELLEES VITAL CORE HEALTH STRATEGIES, LLC, STANTON, RIGGIN, EHRLICH, MCROBERTS, KUNZ, CALLOWAY, WALL, BALCIUS AND NEELY

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME, TYPEFACE AND TYPE-STYLE REQUIREMENTS

I hereby certify that this *Appellees' Unopposed Motion for Leave to File Corrected Joint Appellee Brief and Supplemental Appendix* complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and 32(g) because, excluding the parts of the document exempted by Fed. R. App. 32(f), it contains 355 words.

I further certify that this *Appellees' Unopposed Motion for Leave to File Corrected Joint Appellee Brief and Supplemental Appendix* complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been drafted with a proportionally spaced typeface using Microsoft® Word for Microsoft 365 MSO (Version 2605 Build 16.0.20026.20076) 64-bit with a 14-point font size and Times New Roman type style.

*s/ Kirk T. Ridgway*
Kirk T. Ridgway

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2026, I caused the foregoing *Appellees' Unopposed Motion for Leave to File Corrected Joint Appellee Brief and Supplemental Appendix* to be electronically filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to all parties by the

operation of the Court's electronic filing system and served on all counsel of record via CM/ECF.

*s/ Kirk T. Ridgway*
Kirk T. Ridgway