UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 25, 2026

John Hicks
Norris & Keplinger
9225 Indian Creek Parkway, Suite 750
32 Corporate Woods
Overland Park, KS 66210

Kirk Thomas Ridgway
Fisher, Patterson, Sayler & Smith
Corporate Woods, Building 51
9393 West 110th Street, Suite 300
Overland Park, KS 66210

Connor Michael Russo
Fisher, Patterson, Sayler & Smith
Corporate Woods, Building 51
9393 West 110th Street, Suite 300
Overland Park, KS 66210

Sarah Catherine Wood
Norris Keplinger Hicks & Welder
11551 Ash Street, Suite 200
Leawood, KS 66211

**RE: 25-3110, Crump, et al v. Johnson County Board of Commissioners, et al**
Dist/Ag docket: 5:24-CV-03036-EFM-GEB

Dear Counsel:

Appellees’ brief is deficient because:

The attachment to the brief is not identified and included in the Table of Contents. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy"). *See* 10th Cir. R. 28.2(C)(5).

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The appendix is not searchable. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).
- The district court docket sheet is not included. *See* 10th Cir. R. 30.1(D)(4) and 10th Cir. R. 10.4(C)(1).

You must file a proper brief and appendix as required by the rules. Please file a corrected brief and appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief unless/until the court orders you to do so.

The corrected brief and appendix must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief and appendix will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,



Christopher M. Wolpert
Clerk of Court

cc: Samuel Weiss

CMW/eb