**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | | |
|---|---|---|
| STEVEN CRUMP, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Appellate Case No. 25-3110 |
| | ) | |
| JOHNSON COUNTY | ) | |
| BOARD OF COMMISSIONERS, | ) | |
| et al., | ) | |
| | ) | |
| Appellees. | ) | |

**APPELLEES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX, VOLUME II, UNDER SEAL**

COME NOW Appellees, jointly, pursuant to Fed. R. App. P. 27(a)(1), and move the Court for an order granting them leave to file Volume II of their Supplemental Appendix under seal. In support of their motion, Appellees state as follows:

Appellees initially filed their brief in this matter on December 13, 2025. At the time of their filing, Appellees inadvertently referred to the Record on Appeal (Doc. 16), which was prepared when Appellant was proceeding *pro se*. Appellees were subsequently granted leave to file a corrected brief and supplemental appendix. (Doc. 52). Accordingly, the corrected brief refers to, and the supplemental appendix contains, the same records which were contained in the Record on Appeal.

Specifically, these records are parts of Appellant's medical records and incarceration records, as contained in the Johnson County Sheriff's Martinez report:

Martinez Report, Exh. A-2 (Dkt. 27-2) .................................. Supp. App. 1

Martinez Report, Exh. A-3 (Dkt. 27-3) .................................. Supp. App. 9

Martinez Report, Exh. A-5 (Dkt. 27-5) ..................................... Supp. App. 11

Martinez Report, Exh. A-7 (Dkt. 27-7) ..................................... Supp. App. 41

Martinez Report, Exh. A-12 (Dkt. 27-12) ................................. Supp. App. 63

Martinez Report, Exh. A-16 (Dkt. 27-16) ................................ Supp. App. 71

Martinez Report, Exh. A-23 (Dkt. 27-23) .............................. Supp. App. 100

Martinez Report, Exh. A-24 (Dkt. 27-24) ............................... Supp. App. 105

Martinez Report, Exh. A-25 (Dkt. 27-25) ............................... Supp. App. 108

Martinez Report, Exh. A-26 (Dkt. 27-26) ............................... Supp. App. 111

Martinez Report, Exh. A-31 (Dkt. 27-31) ............................... Supp. App. 117

These records were filed under seal in the district court in accordance with that court's June 11, 2024 Order (Doc. 29), *see* Supp. App. p. 12, Doc. 29 (order granting leave to file exhibits under seal).

Leave is now sought to file the records under seal for the same reasons recognized by the district court: the records contain personal and confidential medical information, and confidential, non-public detention-related law enforcement records.

Redaction is inapposite where: (1) the entirety of each record contains either personal and confidential medical information, or confidential, non-public detention-related law enforcement records; and (2) they are relevant to this Court's inspection and confirmation of the proceedings and ruling below.

The substantial privacy and security interests recognized by the district court are still present before this Court. Appellees submit that these same interests justify filing these records under seal, depriving the public access thereto.

In accordance with Rule 27.1, the undersigned contacted counsel for Mr. Crump's counsel regarding his position about the instant motion via email and phone. Mr. Crump's counsel has yet to respond, which is likely due to the press of time. Upon information and belief, the undersigned does not believe Mr. Crump's counsel would oppose the instant motion.

WHEREFORE, for the foregoing reasons, Appellees move the Court for leave to file Volume II of their Supplemental Appendix under seal.

Respectfully submitted,

*/s/ Kirk T. Ridgway*

Kirk T. Ridgway, KS 17172
Connor M. Russo, KS 29826
Fisher, Patterson, Sayler & Smith, LLP
9393 W. 110th Street, Suite 300
Overland Park, KS 66210
(p) (913) 339-6757
(f) (913) 660-7919
kridgway@fpsslaw.com
crusso@fpsslaw.com

*Attorneys for Defendant-Appellees*
*The Board of County Commissioners*
*Of Johnson County, Kansas, Calvin Hayden,*
*Deputy King, Deputy Salgado, Deputy Bell,*
*Sgt. Cooley, Deputy Andrews,*
*Captain M. Levin, and Lt. M. Weaver*

**NORRIS KEPLINGER**
**HICKS & WELDER, LLC**

By: */s/ Sarah Wood*
John Hicks, jh@nkfirm.com, #20474
Sarah Wood, swood@nkfirm.com #30111
11551 Ash Street
Becker Building, Suite 200
Leawood, KS 66211
(913) 663-2000/ (913) 663-2006 FAX
**ATTORNEYS FOR APPELLEES VITALCORE HEALTH STRATEGIES, LLC, DANNY STANTON, M.D., VIOLA RIGGIN, JENNIFER EHLRICH, TIFFANY MCROBERTS, APRN, CARYN KUNZ, KATHLEEN CALLOWAY, REBECCA WALL, RN, NICOLE BALCIUS, AND LORA NEELY, RN**

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME, TYPEFACE AND TYPE-STYLE REQUIREMENTS

I hereby certify that this *Appellees' Motion for Leave to File Supplemental Appendix, Volume II, Under Seal* complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and 32(g) because, excluding the parts of the document exempted by Fed. R. App. 32(f), it contains 518 words.

I further certify that this *Appellees' Unopposed Motion for Leave to File Corrected Joint Appellee Brief and Supplemental Appendix* complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been drafted with a proportionally spaced typeface using Microsoft® Word for Microsoft 365 MSO (Version 2605 Build 16.0.20026.20076) 64-bit with a 14-point font size and Times New Roman type style.

*s/ Kirk T. Ridgway*
Kirk T. Ridgway

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of August, 2026, I caused the foregoing to be electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all parties by the operation of the Court's electronic filing system and served on all counsel of record via CM/ECF.

*/s/ Kirk T. Ridgway*
Kirk T. Ridgway